

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-94,707-01

### EX PARTE ALLEN ANDRE CAUSEY, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. D-1-DC-91-915672-A
### IN THE 331ST DISTRICT COURT
### TRAVIS COUNTY

SCHENCK, P.J., filed a dissenting opinion in which FINLEY, J., joined.

### O P I N I O N

I would file and set this matter and invite the participation of the Office of the

State Prosecuting Attorney. Therefore, I dissent.

FILED: April 16, 2025
PUBLISH